**UNITED STATES of America,**
**Plaintiff-Appellee**

v.

**Francisco Manuel RADAMEZ-NAVA, also known as Ghost, true name Jose Antonio Salinas, Defendant-Appellant**

**No. 16-11366**
**Conference Calendar**

United States Court of Appeals,
Fifth Circuit.

Filed August 18, 2017

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Dallas, TX, for Plaintiff-Appellee

Francisco Manuel Radamez-Nava, Pro Se

Before JOLLY, HIGGINBOTHAM, and ELROD, Circuit Judges.

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

PER CURIAM: \*

The attorney appointed to represent Francisco Manuel Radamez-Nava has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Radamez-Nava has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. See 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.